ACCEPTED
03-14-00678-CR
3906670
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/26/2015 8:40:50 PM
JEFFREY D. KYLE
CLERK

IN THE THIRD COURT OF APPEALS

FOR THE STATE OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/26/2015 8:40:50 PM
JEFFREY D. KYLE
Clerk

LESLIE PARKER JONES                    NO. 03-14-00678-CR

VS

THE STATE OF TEXAS

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

COMES NOW, Appellant, by and through his attorneys, and files this his *Motion for Extension of Time to File Appellant's Brief*, pursuant to Rules 9, 10 and 38.6(d) of the Texas Rules of Appellate Procedure, and in support thereof, would show the Court the following:

### I.

Appellant filed a writ of habeas corpus pursuant to Tex. Code Crim. Proc Art. 11.072, in Cause no. D-1-DC-08-303025, in the 331st Judicial District Court of Travis County, which was denied by the trial court without a hearing.

### II.

Appellant timely filed his notice of appeal and designation of record. The Reporter's Record and the Clerk's Record have both been filed with this Court. The Court has ordered Appellant to file his brief on or before January 22, 2015, and it is late.

1

**III.**

Appellant's attorneys seek an additional sixty days to file this brief. Counsel was only retained on December 15, 2014, and has not yet had time to review the Reporter's Record, which is voluminous.

Counsel also have the following matters pending:

1. Ex parte Jeffcoat, No. 05-0776-1, Williamson County, Texas;

2. Upcoming trial in Comal County in State v. Adan Castaneda, Cause No. CR2011-399;

3. Two pretrial hearings in Williamson County.

## PRAYER

Wherefore, premises considered, undersigned counsel prays this Court to extend the time for filing Appellant's brief sixty additional days from Thursday, January 22, 2015, which would make the brief due on Monday, March 23, 2015. Respectfully submitted,

Keith S. Hampton, SBN # 08873230
(512) 762-6170 (mobile)
hamplaw@swbell.net

Cynthia L. Hampton, SBN #11937450
(512) 731-5926 (mobile)
hamplaw2@gmail.com

1103 Nueces Street
Austin, Texas 78701
(512) 476-8484
(512) 477-3580
Counsel for Appellant

Certificate of Service: By affixing our signatures above, we hereby certify that a true copy of *Appellant's Motion for Extension of Time to File Appellant's Brief* has this day, January 26, 2015, been delivered to:

Rosemary Lehmberg, District Attorney
PO Box 1748
Austin, Texas 78767.